UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   2:26–cv–04045–MWF–AYP              Date        May 21, 2026

Title        MOISES VILLALOBOS V. ASSURED AUTOS INC ET AL

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

          Rita Sanchez                               Not Reported;
        Courtroom Deputy                            Court Reporter

    Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
              None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

        In light of the Notice of Settlement filed 5/13/26, the Court sets a hearing on Order To Show Cause Re Dismissal for June 24, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

        **IT IS SO ORDERED.**

                                                        Initials of Clerk:  rs